UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,)
                Plaintiff,) Case No. MJ09-58
    v.)
                                 ) DETENTION ORDER
RYAN MITCHELL,)
                Defendant.)

Offenses charged:

    Theft of United States Mail.

    Felon in Possession of a Firearm.

Detention Hearing: March 11, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1) Defendant has a long criminal history extending back to 1995. Since then he has been convicted of misdemeanor assault, forgery, burglary, possession of drug paraphernalia, theft and

DETENTION ORDER -1

identity theft.  In 2005 he received 43 months of imprisonment for possessing stolen property and forgery.  At the time of his arrest he was living in a motel where heroin and a shotgun were found.  He admits to having a substance abuse problem.  It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 11th day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2